IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO: 4:03cr3051 |
| Plaintiff, ) | |
| ) | ORDER |
| ) | TO WITHDRAW EXHIBITS |
| vs. ) | OR TO SHOW CAUSE WHY |
| ) | EXHIBITS SHOULD NOT BE |
| ) | DESTROYED |
| TROY D. REINHARDT ) | |
| Defendants. ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for defendants, Troy D. Reinhardt, shall either 1) withdraw the following exhibits previously submitted in this matter within 10 business days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Exhibit number(s): 101 and 102

Hearing type(s): Sentencing hearing

Date of hearing(s): 8/26/2003

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

February 14, 2007.

s/ Richard G. Kopf
United States District Judge